**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUGO GARCIA, an individual | Case No.: 5:22-cv-02171-JGB-SP |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, | |
| Defendants, | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: February 3, 2025   By: _____
Hon. Jesus G. Bernal
United States District Judge

1
ORDER OF DISMISSAL